UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARJORIE CLARK,

    Plaintiff,

v.   CASE No. 8:22-cv-441-TPB-TGW

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 16). The plaintiff does not object to the motion (id., p. 1). On remand, the Commissioner will further evaluate the opinion evidence; hold a hearing; obtain evidence from a vocational expert and identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles; take any further action needed to complete the administrative record; and issue a new decision.

Thus, I recommend that the Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 16) be granted. Upon granting of the motion, the decision of the Commissioner will be reversed and the case remanded to the defendant for further administrative consideration pursuant to sentence four of 42 U.S.C. 405(g) and this Order.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2023

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions or to seek an extension of the fourteen-day deadline. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R.